RICKETTS and Another *v.* THE BOARD OF COMMISSIONERS OF PERRY COUNTY.

*Tuesday, January* 13, 1857.

APPEAL from the *Perry* Circuit Court.

*Per Curiam.*—This was an action on a penal bond, conditioned for the building a bridge, according to the terms and stipulations of a separate contract. Demurrer to the complaint overruled. *Ricketts* and *Woodmansee,* who were the defendants below, answered, to which answer the commissioners demurred; but their demurrer was also overruled. Verdict for the plaintiff. Motion for a new trial denied, and judgment on the verdict.

The record before us contains no bill of exceptions, nor does it contain an exception to the action of the Circuit Court in any form. The case is not, therefore, properly before us.

The judgment is affirmed with costs.

*J. Pitcher* and *A. L. Robinson,* for the appellants.

*L. Q. De Bruler* and *B. Smith,* for the appellees.